DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

FILED

AUG - 4 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
BENJAMIN C. DOCKETT

Chapter 13
Case No. 06-3-0479 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $296.65 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 018 | CLERK OF THE COURT FOR CASH CALL INC/KARMINA SACRAMENTO 17360 BROOKHURST STREET FOUNTAIN VALLEY, CA 92708 | $296.65 |

Dated:   August 3, 2011

_____
CECILIA MARCELO
Receipts Administrator